### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TOHO CO., LTD., ) | |
| ) | |
| Plaintiffs, ) | Case No. 23-cv-15527 |
| ) | |
| v. ) | Judge John Robert Blakey |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, December 13, 2023, at 11:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable John Robert Blakey, and present Plaintiff's Motion for Entry of a Preliminary Injunction.

Respectfully submitted,

Dated: December 7, 2023

By: s/Michael A. Hierl\_
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
Toho Co., Ltd.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Motion was electronically filed with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 7, 2023.

                                                        s/Michael A. Hierl